NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALEXIS FITZSIMMONS,**<br><br>Plaintiff,<br><br>v.<br><br>**HONORABLE IRENE JONES, et al.,**<br><br>Defendants. | **Civil Action No. 15-4044 (ES) (MAH)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

     This matter having come before the Court on Plaintiff's motion for attorney's fees and costs, (D.E. No. 20); and Defendants having opposed Plaintiff's motion, (D.E. No. 22); and the Honorable Michael A. Hammer, U.S. Magistrate Judge, having issued a Report and Recommendation (the "R & R") that the Undersigned deny Plaintiff's motion, (D.E. No. 26); and Plaintiff having filed objections to the R & R, (D.E. No. 27); and the Court having considered the submissions of the parties, the R & R, and Plaintiff's objections to the R & R; and the Court having opted to rule without oral argument pursuant to Federal Rule of Civil Procedure 78; and as set forth in the accompanying Memorandum Opinion,

     IT IS on this 25th day of August 2016,

     **ORDERED** that the R & R, (D.E. No. 26), is ADOPTED in relevant part; and it is further

     **ORDERED** that Plaintiff's motion for attorney's fees and costs, (D.E. No. 20), is DENIED.

                                                      *s/ Esther Salas*
                                                    **Esther Salas, U.S.D.J.**